**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *ex rel.* THOMAS M. ZIZIC, M.D. | : | |
| | : | |
| v. | : | |
| | : | |
| Q²ADMINSTRATORS, LLC and | : | |
| RIVERTRUST SOLUTIONS, INC. | : | No. 09-5788 |

**Norma L. Shapiro, J.**                                                                                  **March 26, 2012**

## ORDER

AND NOW, this 26th day of March, 2012, upon consideration of defendant Q²Administrators, LLC Motion to Dismiss (paper no. 33), defendant RiverTrust Solutions, Inc. Motion to Dismiss (paper no. 35), plaintiff Thomas M. Zizic, M.D. Consolidated Opposition to the Motions to Dismiss (paper no. 42), and the Motion to Strike or for Leave to File Supplemental Brief (paper no. 61), for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that:

1. Q²Administrators, LLC Motion to Dismiss (paper no. 33) is **GRANTED** for lack of subject matter jurisdiction under the FCA.

2. RiverTrust Solutions, Inc. Motion to Dismiss (paper no. 35) is **GRANTED** for lack of subject matter jurisdiction under the FCA.

3. Defendants Motion to Strike or for Leave to File Supplemental Brief (paper no. 61) is **DENIED AS MOOT**.

/s/ Norma L. Shapiro
_____
J.